UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HECTOR LLORENS,

Plaintiff,

v.

THE GOLDFIELD CORPORATION,
DAVID P. BICKS, HARVEY C. EADS,
JR., JOHN P. FAZZINI, DANFORTH E.
LEITNER, and STEPHEN L. APPEL,

Defendants.

Case No.: 1:20-cv-10297-PGG

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses his claims in the above-captioned action against Defendants as moot and without prejudice. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: January 5, 2021

Respectfully submitted,

**MONTEVERDE & ASSOCIATES PC**

*/s/Juan E. Monteverde*
Juan E. Monteverde (JM-8169)
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, New York 10118
Tel: 212-971-1341
Fax: 212-202-7880

*Attorneys for Plaintiff*

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

Dated: January 7, 2021